UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:        STEPHANIE N. GOWER        : Bankruptcy No. 17-13671REF
:
:
            Debtor(s)            : Chapter 13

AMENDED CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, hereby certify that I have on this 22nd day of September, 2017 served a copy of the Trustee's Objection to Claim of Exemptions and Notice of Hearing by depositing a copy of the document in the regular United States Mail postage prepaid to the interested parties listed below:

Stephanie N. Gower
248 2nd Street
Slatington, PA 18080

**Electronically via ECF/System ONLY:**

Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date:  September 22, 2017            */s/Deborah A. Earnshaw*
                        Deborah A. Earnshaw
                        Motions and Correspondence Clerk
                        for
                        Lisa M. Ciotti, Esq.