United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13671-ref
Stephanie N. Gower                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                  Page 1 of 2               Date Rcvd: Dec 21, 2017
                              Form ID: pdf900            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db             +Stephanie N. Gower,    248 2nd Street,    Slatington, PA 18080-1812
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13968605        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13924926       +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
13924928       +FINANCIAL RECOVERIES,    200 E. PARK DR. STE 100,    Mount Laurel, NJ 08054-1297
13924930       +GREAT LAKES HIGHER EDUCATION,    PO BOX 7860,    Madison, WI 53707-7860
13924929       +Grand Canyon University,    3300 W. Camelback Road,    Phoenix, AZ 85017-1097
13993482       +JPMorgan Chase Bank, NA,    c/o Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13924931      #+Jonathan Gower,    248 2nd Street,    Slatington, PA 18080-1812
13924932       +PENN CREDIT CORP.,    916 S. 14TH STREET,    Harrisburg, PA 17104-3425
13928967       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13993081        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Dec 22 2017 01:35:23     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13924924        E-mail/Text: ebn@americollect.com Dec 22 2017 01:35:20     AMERICOLLECT,
                 PO BOX 1566814 S. 8TH STREET,    Manitowoc, WI 54221
13924925       +E-mail/Text: banko@berkscredit.com Dec 22 2017 01:34:47     BERKS CREDIT & COLLECTIONS,
                 900 CORPORATE DRIVE,    Reading, PA 19605-3340
13924927        E-mail/Text: mrdiscen@discover.com Dec 22 2017 01:34:40     DISCOVER FINANCIAL SERVICES,
                 PO BOX 15316,    Wilmington, DE 19850
13947195       +E-mail/Text: DSLBKYPRO@discover.com Dec 22 2017 01:35:27     Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
13924933       +E-mail/Text: DSLBKYPRO@discover.com Dec 22 2017 01:35:28     STUDENT LOAN CORP,    PO BOX 30948,
                 Salt Lake City, UT 84130-0948
                                                                                               TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              CHARLES LAPUTKA    on behalf of Debtor Stephanie N. Gower claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

```
District/off: 0313-4          User: dlv                Page 2 of 2                  Date Rcvd: Dec 21, 2017
                              Form ID: pdf900          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                                     TOTAL: 5

Case 17-13671-ref    Doc 27    Filed 12/23/17    Entered 12/24/17 01:01:02    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

STEPHANIE N. GOWER
                                                  : Bankruptcy No. 17-13671REF
         Debtor(s)                                : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 21, 2017**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN PA 18102-

STEPHANIE N. GOWER
248 2ND STREET
SLATINGTON,PA.18080